1  DAVID H. CALL
   222 Rheem Boulevard
2  Moraga, CA 94556
   Tel.: 925.631.7833
3  Fax: 925.631.7835
   E-mail: dacall@comcast.net
4
   Plaintiff, Pro Se
5

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID H. CALL,<br><br>        Plaintiff,<br><br>vs.<br><br>EMERY WORLDWIDE AIRLINES, INC. et al.,<br><br>        Defendants. | Case No.: C-06-6245 PJH<br><br>NOTICE OF DISMISSAL AND ORDER<br>[FRCP 41(a)(1)] |

Plaintiff DAVID H. CALL does hereby dismiss the above-styled action with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: December 23, 2006

_David H Call_
David H. Call

IT IS SO ORDERED
Judge Phyllis J. Hamilton

12/29/06

SF #1192381 v1

Notice of Dismissal with Prejudice [FRCP 41(a)(1)]